UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DWAYNE B. CARR, #24104320**     CIVIL ACTION

**VERSUS**     **NO. 24-2940**
    **C/W NO. 24-2941**

**JANAE McCALLISTER**     SECTION: "T"(3)

## O R D E R

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's, Dwayne B. Carr, federal civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 31st day of  January , 2025.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE